IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVIN ROMON RICHARDSON,
    Plaintiff,

v.                                    Case No. 3:17cv921/RV/EMT

DETECTIVE PATRICK ALFRED BRADLEY,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 25, 2019 (ECF No. 64). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (doc. 69), and I have made a <u>de novo</u> determination of that objection.

Having considered the Report and Recommendation, and the objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion for Final Summary Judgment (ECF No. 41) is **GRANTED**.

3. Plaintiff's "Motion for Order to Strike Defendant's Motion for Summary Judgment as Legally Insufficient, to Strike Exhibits, Affidavits, Paragraps [sic]" (ECF No. 54) is **DENIED**.

4. The clerk of court is directed to enter final judgment in favor of Defendant and against Plaintiff and close the file.

**DONE AND ORDERED** this 10th day of April 2019.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**